# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

-vs-                                          Case No.  6:06-cv-96-Orl-19KRS

DAVID WILLIAMS, JANET BRIDLEY,
FLORIDA UCC, INC.,

                Defendants.

_____

## ORDER

      This cause came on for consideration by the Court *sua sponte*.  The Plaintiff United States of America shall submit a unilateral case management report on or before May 30, 2006.

      **DONE** and **ORDERED** in Orlando, Florida this 19th day of May, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties