**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff**

**v.** **Case No: 6:06-cv-96-Orl-19-KRS**

**DAVID WILLIAMS,**
**JANET BRIDLEY, and**
**FLORIDAUCC, INC.**

**Defendants.**

______________________________

# ORDER

This case comes before the Court on the following:

1. Motion for Leave to Proceed on Appeal and Use Exemption No. 262819320 to Discharge All Fees, Debts, or Otherwise At Law as Per HJR-192, Public Law 73-10, 48 Stat. at Large 112, filed by Defendant David Williams on May 21, 2007; (Doc. No. 98); and

2. Report and Recommendation, filed by United States Magistrate Judge Karla R. Spaulding on June 22, 2007. (Doc. No. 101).

## Analysis

The Court entered Judgment against Defendant Williams in the instant case on April 13, 2007. (Doc. No. 95). Defendant now files a Motion seeking to proceed on appeal without fees or debts, which the Court interprets as a motion to proceed *in forma pauperis*

on appeal. (*See, e.g.*, Doc. No. 99, "Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis," filed by Defendant on May 21, 2007). On June 22, 2007, the United States Magistrate Judge filed a Report and Recommendation, ("R&R"), which recommended that the Court deny Mr. Williams' Motion. (Doc. No. 101). Defendant was given ten (10) days to file written objections to the R&R, yet he has filed no such objection. (*See* Doc. No. 101, p. 3).

The Court finds that the Motion must be denied for reasons including, but not limited to those stated by the United States Magistrate Judge in the R&R. (*Id*.) The Magistrate Judge correctly articulated the standard for review of Defendant's Motion. "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Additionally, an application to appeal in forma pauperis may be denied "if it appears – objectively – that the appeal cannot succeed as a matter of law." *E.g., DeSantis v. United Technologies Corp*., 15 F. Supp. 2d 1285, 1289 (M.D. Fla. 1998), *aff'd without opinion*, 193 F.3d 522 (11th Cir. 1999). The district court must grant leave to appeal in forma pauperis unless the issues raised are so frivolous that the appeal would be dismissed in the case of a non-indigent litigant. *Id.* (citing *Ellis v. United States*, 356 U.S. 674 (1958)).

In the instant case, Defendant Williams seeks again to challenge the Court's jurisdiction in this case. (Doc. No. 99, p. 1). Such assertion by Mr. Williams that the Court lacks jurisdiction has been raised several times during the case at bar and has been repeatedly rejected by the Court. (*E.g.*, Doc. No. 93, filed on March 28, 2007). Defendant's jurisdictional arguments contradict applicable Constitutional and federal statutory law and

are not supported by any legal authority. For these reasons, the Court will adopt the R&R of the United States Magistrate Judge and deny Defendant's Motion to proceed in forma pauperis on appeal.

**Conclusion**

Based on the foregoing, the Court **ADOPTS** the Report and Recommendation filed by the United States Magistrate Judge on June 22, 2007. (Doc. No. 101). The Motion for Leave to Proceed on Appeal and Use Exemption No. 262819320 to Discharge All Fees, Debts, or Otherwise At Law as Per HJR-192, Public Law 73-10, 48 Stat. at Large 112, filed by Defendant David Williams on May 21, 2007, (Doc. No. 98), is hereby **DENIED**.

**DONE and ORDERED** in Chambers in Orlando, Florida this 22nd day of July, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record

Unrepresented Party(ies)